IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY D LONDON**                                                                                          **PLAINTIFF**
**ADC #653332**

v.                                    No: 4:21-cv-001225 BRW-PSH

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of April, 2022.

                                                BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE